This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

v.                                                            **NO. 32,486**

**ANNA L. ORTIZ,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF OTERO COUNTY**
**William H. Brogan, District Judge**

Gary K. King, Attorney General
Sri Mullis, Assistant Attorney General
Santa Fe, NM

for Appellant

Bennett J. Baur, Acting Chief Public Defender
Santa Fe, NM

for Appellee

## MEMORANDUM OPINION

**WECHSLER, Judge.**

The State appeals the district court's order dismissing the charges against Defendant Anna L. Ortiz. In our notice, we proposed summary affirmance. The State has responded that it will not be filing a memorandum opposing our proposal.

Therefore, for the reasons stated in the calendar notice, we affirm the district court's order dismissing the charges against Defendant.

**IT IS SO ORDERED**.

_____
**JAMES J. WECHSLER, Judge**

**WE CONCUR:**

_____
**RODERICK T. KENNEDY, Chief Judge**

_____
**M. MONICA ZAMORA, Judge**

2